IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

Q.C.,

    Plaintiff,

v.

GONG YANG SONG, Husband, and
CINDY SONG, Wife; ZHAN HAO GUO,
KEVIN GUO, and FUSION BUFFET, LLC,

    Defendants.

Case No. 3:21-cv-204-SLH

## ORDER FOR ENTRY OF JUDGMENT

AND NOW, this 9th day of January, 2023, upon consideration of the Consent Motion to Enter Judgment (ECF No. 11) filed on behalf of GONG YANG SONG and CINDY SONG, individually, jointly, and as husband and wife; ZHAN HAO GUO, and FUSION BUFFET, LLC, it is hereby ORDERED that said motion is GRANTED as follows:

1. The Court hereby approves the Settlement as set forth in said Parties' Settlement Agreement; and,

2. JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Q.C., and against Defendants GONG YANG SONG and CINDY SONG, individually, jointly, and as husband and wife and FUSION BUFFET, LLC, altogether jointly and severally, on all of Plaintiff's claims in the amount set forth in the Settlement Agreement of the Parties; and,

3. The Settlement Agreement has been filed under seal with this Court and is incorporated but not merged into this Consent Judgment for enforcement purposes; and,

4.  As the parties have resolved this matter, and with no further action being required by the Court at this time, the Clerk shall remove this case from the docket for administrative purposes. Nothing contained in this order shall be construed as a final dismissal or disposition of this case and, should further proceedings in it become necessary, the case shall be reinstated to the docket upon written request of either party. Jurisdiction is retained over the enforcement of settlement. The parties are directed to file the appropriate dismissal under Fed. R. Civ. P. 41 upon final resolution of this matter.

This Judgment shall be recorded immediately upon its entry.

Consented to By:

Plaintiff Q.C.: _Q.C._

Plaintiff Q.C.'s Counsel: _Jesse Chen, Esq_

Defendant GONG YANG SONG: _Gong Y Song_
Defendant CINDY SONG: _Cindy Song_
Defendant ZHAN HAO GUO: _____
Defendant FUSION BUFFET, LLC by _Gong Y Song_
Defendants' Counsel: _____

_/s/ Stephanie L. Haines_
Stephanie L. Haines
United States District Judge